# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALYRIAN IP LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS OPERATING LLC,<br><br>        Defendant. | )<br>)<br>)<br>) C.A. No. 22-563-VAC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for Defendant Charter Communications Operating LLC to move, answer, or otherwise respond to the Complaint (D.I. 1) is extended through and including June 27, 2022.

| | |
|---|---|
| */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>CHONG LAW FIRM PA<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>(302) 999-9480<br>chong@chonglawfirm.com<br><br>*Attorneys for Plaintiff Valyrian IP LLC*<br><br>Dated: May 20, 2022 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorneys for Defendant Charter Communications Operating LLC* |

SO ORDERED this ___ day of _____, 2022.

_____
United States District Judge